# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
v.
SCOTTY SLUSS

No. 05-01915-MP-JCG (CVB)

## JUDGMENT AND COMMITMENT
### FOLLOWING REVOCATION OF **PROBATION**

_Hugo Reyna_____
Attorney for Defendant

On November 30, 2005, the Defendant, present with counsel, appeared for sentencing for violating Title 36, Code of Federal Regulations, Section §4.23(a)(1): Operating Under the Influence of Alcohol, a Class B Misdemeanor, as charged in the Violation Notice filed herein.

> The Defendant was placed on Supervised Probation for a period of one (1) year with six months of unsupervised probation to follow and fined $100.00.

On January 30, 2006 the United States Attorney filed a petition to revoke the term of supervised probation imposed.

On March 14, 2006, the Defendant appeared with counsel and admitted allegations A, B, and C as reflected in the petition to revoke filed in this matter. The Defendant waives preparation of a dispositional report and proceeds to disposition this date.

**IT IS ORDERED** that the Order of Supervised Probation imposed on the Defendant is hereby **REVOKED,** and the Defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of **forty-five (45) days**, with a term of eighteen (18) months supervised probation to follow. The Court imposes the same conditions of probation previously imposed.

**IT IS FURTHER ORDERED** the Defendant is to receive credit for TIME SERVED.

3/14/06_____
Date of Imposition of Sentence

3/27/06 (Nunc Pro Tunc)_____
Dated

_Jennifer C. Guerin_____
UNITED STATES MAGISTRATE JUDGE

Copies have been issued to:
Jonathan Granoff (AUSA), Hugo Reyna (AFPD), Donna Salazar (PO), USM/2cc, OB, R. Stinson (US Parks)